# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** GREGORY M. & KIM L. CHAKLOS
**Case Number:** 15-22705-CMB  **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 02, 2017 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/3/17 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#72 - Amended Plan Dated: 12/13/2016 - FC
R / M #: 72 / 0

## *Appearances:*

Debtor: Lemon
Trustee: Winnecour / Bedford / (Pail) Katz
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 2/24/17
    Objections are due on or before 3/17/17
    A hearing on the Amended Plan is set for 4/13/17 at 1:30.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: