## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-22705-CMB |
| | ) | |
| Gregory M. Chaklos, | ) | Chapter 13 |
| Kim L. Chaklos, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing Date and Time:** |
| | ) | **April 12, 2017 at 11:00 a.m.** |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on February 27, 2017 at Document No. 83 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than March 16, 2017.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 83 be entered by the Court.

Date: <u>March 17, 2017</u>          s/ Brian C. Thompson
                                     Brian C. Thompson, Esquire
                                     Attorney for Debtor(s)
                                     PA ID No. 91197
                                     THOMPSON LAW GROUP, P.C.
                                     125 Warrendale Bayne Rd., Suite 200
                                     Warrendale, PA 15086
                                     (724) 799-8404 Telephone
                                     (724) 799-8409 Facsimile
                                     bthompson@thompsonattorney.com