# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 15-22705-CMB |
| Gregory M. Chaklos, | Chapter 13 |
| Kim L. Chaklos, | |
| Debtors. | |
| Thompson Law Group, P.C., | Related to Document No. 83 |
| Applicant, | **Hearing Date and Time:** |
| | **April 12, 2017 at 11:00 a.m.** |
| vs. | |
| | **ENTERED BY DEFAULT** |
| No Respondent. | |

## ORDER OF COURT

**AND NOW**, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$10,189.99** for services rendered on behalf of the Debtors for the period between July 6, 2015 through February 27, 2017, which represents $9,840.00 in attorney fees and $349.99 in costs.

Date: March 22, 2017

*Carlota M. Böhm*
U.S. Bankruptcy Court Judge  **dmr**

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
8/19/13 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gregory M. Chaklos
Kim L. Chaklos
    Debtors

Case No. 15-22705-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Mar 22, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.
db/jdb         +Gregory M. Chaklos,   Kim L. Chaklos,   P.O. Box 11,   Eighty Four, PA 15330-0011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    Home Point Financial Corporation
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Brian C. Thompson    on behalf of Debtor Gregory M. Chaklos bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
         Brian C. Thompson    on behalf of Joint Debtor Kim L. Chaklos bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
         Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
           DanS@w-legal.com
         James Warmbrodt    on behalf of Creditor    Home Point Financial Corporation
           bkgroup@kmllawgroup.com
         Jennifer L. Cerce    on behalf of Creditor    Bethel Park School District jlc@mbm-law.net
         Matthew John McClelland    on behalf of Creditor    Home Point Financial Corporation
           bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                      TOTAL: 9