# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | |
|---|---|
| **Debtor:** | GREGORY M. & KIM L. CHAKLOS |
| **Case Number:** | 15-22705-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 13, 2017 01:30 PM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/19/17 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#76 - Amended Plan Dated  2/2/2017 (FC)
**R / M #:**  76 / 0

**_Appearances:_**

Debtor:  *Lemon*
Trustee:  Winnecour / Bedford / Pail / Katz

Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ✔ Plan/Motion continued to 6/8/17 at 3:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
       Objections are due on or before _____ .
       A hearing on the Amended Plan is set  for _____ at _____
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

*Base on means test the distribution to unsecureds should be higher. Debtor's Counsel thinks the Debtor H might be retired.*

*Continued for update on Debtor's employment status and if retired, Debtor to file amended Schedule I & J.*

4/6/2017    1:22:33PM