# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | |
|---|---|
| **Debtor:** | GREGORY M. & KIM L. CHAKLOS |
| **Case Number:** | 15-22705-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 08, 2017 03:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/13/17 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#76 - Continued Confirmation of Plan Dated 2/2/2017 (FC)
R / M #:   76 / 0

***Appearances:***

Debtor: Lemon
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

Debter retired.
Asked for Amended
Schedule I.

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __8/24/17__ at __3:30 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/2/2017     11:27:21AM