# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gregory M. Chaklos, | : | Bankruptcy No. 15-22705-CMB |
| Kim L. Chaklos, | : | |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| _____ | : | Document No. |
| Gregory M. Chaklos, | : | |
| Kim L. Chaklos | : | |
| | : | Related to Document No. |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| Defense Finance and Accounting Service | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on September 19, 2017, via first class mail postage prepaid:

**Defense Finance and Accounting Service
ATTN: Payroll Department
1240 East Ninth Street, Room 1907
Cleveland, OH  44199**

Executed on:  September 19, 2017

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)