**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/14/2019

IN RE:

GREGORY M. CHAKLOS
KIM L. CHAKLOS
100 FLORAL HILL DRIVE
WASHINGTON, PA 15301
XXX-XX-6565        Debtor(s)

XXX-XX-7852

Case No.15-22705 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/14/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HOME POINT FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 2,965.32<br>COMMENT: SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3175 |
| **JENNIFER L CERCE ESQ**<br>MAIELLO BRUNGO & MAIELLO LP<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BETHEL PARK SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLEGENT COMMUNITY FCU**<br>1001 LIBERTY AVE STE 100<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=3655.73 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7615 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number: 5    INT %: 4.00%<br>Court Claim Number: 2<br>CLAIM: 17,478.68<br>COMMENT: $CL-PL@4%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9588 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number: 6    INT %: 4.00%<br>Court Claim Number: 3<br>CLAIM: 10,889.44<br>COMMENT: $CL-PL@4%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9588 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*CL=11610.48 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9588 |
| **HOME POINT FINANCIAL CORPORATION(\*)**<br>PO BOX 790309<br>ST LOUIS, MO  63179-0309 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 22-2<br>CLAIM: 0.00<br>COMMENT: PMT/NTC-CONF*DK4PMT-LMT*LMP DENIED*AMD*FR CENLAR-DOC 99 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5407 |
| **AEP OHIO**<br>PO BOX 24401<br>CANTON, OH  44701 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 10592214372CY18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: CY18 |
| **AFC FIRST FINANCIAL CORP**<br>4501 N POINT PKWY STE 300<br>ALPHARETTA, GA  30022 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 4,328.10<br>COMMENT: NO ACCT/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6565 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ALLEGENT COMMUNITY FCU**<br>1001 LIBERTY AVE STE 100<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 5,676.61<br>COMMENT: DELETED/AMD F: 10/16/15*LOAN DATE=5/19/12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7612 |
| **ARMY & AIR FORCE EXCHANGE SVCS**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br><br>TUSCON, AZ  85712 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 6,932.83<br>COMMENT: 601944040023/SCH*MILITARY STAR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2470 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA  15108-4212 | Trustee Claim Number: 13  INT %: 4.00%<br>Court Claim Number: 5<br><br>CLAIM: 5,218.28<br>COMMENT: $CL-PL@4%MDF/PL*UNS/SCH | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9588 |
| **COLUMBIA GAS OF OHIO INC**<br>PO BOX 117<br><br>COLUMBUS, OH  43216 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 19608603 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8603 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 4,775.87<br>COMMENT: 798192439842/SCH*SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7724 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 1,760.20<br>COMMENT: 771410075703/SCH*SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6017 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA  98083-0657 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 20<br><br>CLAIM: 1,851.77<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4210 |
| **NAVY FEDERAL CREDIT UNION\***<br>ATTN: BANKRUPTCY DEPT*<br>POB 3000*<br><br>MERRIFIELD, VA  22119 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 3,806.37<br>COMMENT: 4300149826/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8805 |
| **NAVY FEDERAL CREDIT UNION\***<br>ATTN: BANKRUPTCY DEPT*<br>POB 3000*<br><br>MERRIFIELD, VA  22119 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 25,605.44<br>COMMENT: 406095640367/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8339 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 2,473.47<br>COMMENT: 30346079114 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6099 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **TIME WARNER CABLE**<br>530 S MAIN ST STE 1751<br><br>AKRON, OH  44311-1090 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  102020253397070001*NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **TRI BORO FEDERAL CREDIT UNION***<br>600 E 8TH AVE<br><br>HOMESTEAD, PA  15120-1806 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  4,634.81<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6565 |
| **USAA FSB**<br>C/O WEINSTEIN & RILEY PS<br>POB 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  8,012.40<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2864 |
| **USAA FSB**<br>C/O WEINSTEIN & RILEY PS<br>POB 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  22,061.41<br>COMMENT:  549123712592/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6132 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA  15219 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  310.00<br>COMMENT:  FEES/PL | CRED DESC:  FILING FEES<br>ACCOUNT NO.:  15-22705-CMB |
| **CENLAR FSB****<br>425 PHILLIPS BLVD<br><br>EWING, NJ  08628 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:022-2<br>CLAIM:  0.00<br>COMMENT:  LMP DENIED | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5407 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  3,081.65<br>COMMENT:  ADDED/AMD F 10/16/15*KOHLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1309 |
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  1,417.48<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5570 |
| **MIDNIGHT VELVET**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  1,638.26<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5550 |
| **CLAIRE S VATZ MA CCC INC**<br>250 MT LEBANON BLVD STE 411<br><br>PITTSBURGH, PA  15234 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /AMD F 10/16/15 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6565 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /AMD F 10/16/15* NT ADR/SCH*CHRIS A BANKS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5856375201998580 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /AMD F 10-16-15*NT ADR/SCH*NY & CO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 585-957-769 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /AMD F 10/16/15*NT ADR/SCH*ROAMANS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 188-723-303 |
| **VALUE CITY/WORLD FNCL NETWORK**<br>NATL BANK<br>POB 182125<br>COLUMBUS, OH  43218-2125 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  COMENITY BANK/AMD F 10-16-15 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5856-3707-3771-7018 |
| **HOME POINT FINANCIAL CORPORATION(*)**<br>PO BOX 790309<br>ST LOUIS, MO  63179-0309 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:22-2<br>CLAIM:  122.86<br>COMMENT:  $/CL-PL*LMP DENIED*AMD*FR CENLAR-DOC 99 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 5407 |
| **HOME POINT FINANCIAL CORPORATION(*)**<br>PO BOX 790309<br>ST LOUIS, MO  63179-0309 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:22-2<br>CLAIM:  1,664.43<br>COMMENT:  PAY/CONF*NT PROV/PL*NTC POSTPET FEES/EXP*REF CL*W/8,26,35*FR CENLAR-I | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.: 5407 |