# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Gregory M. Chaklos, and Kim L. Chaklos, | : | Bankruptcy Case No.: 15-22705-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| Gregory M. Chaklos, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 110 |
| v. | : | |
| Defense Finance and Accounting, Service, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on December 20, 2019, via first class mail postage prepaid:

**Defense Finance and Accounting Services**
**ATTN: Payroll Department**
**1240 East Ninth Street, Room 1907**
**Cleveland, OH  44199**

Executed on:  December 20, 2019

/s/Brian C. Thompson
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor