**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Gregory M. Chaklos, and | : | Bankruptcy Case No.: 15-22705-CMB |
| Kim L. Chaklos | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Gregory M. Chaklos, and | : | |
| Kim L. Chaklos, | : | Document No.: |
| | : | |
| Movants, | : | Related to Document No.: |
| | : | |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS**

Undeliverable Address:

    Debtor Name:    Gregory M. Chaklos and Kim L. Chaklos
    Incorrect Address:    P.O. Box 11
                                 Eighty-Four, PA 15330-001

Corrected Address:

    Debtor Name:    Gregory M. Chaklos and Kim L Chaklos
    Correct Address:    100 Floral Hill Drive
                                 Washington, PA  15301

Date: January 14, 2020                            /s/Brian C. Thompson
                                                                   Brian C. Thompson, Esquire
                                                                    Attorney for Debtors
                                                                    PA ID No. 91197
                                                                    THOMPSON LAW GROUP, P.C.
                                                                    125 Warrendale Bayne Road, Suite 200
                                                                    Warrendale, PA 15086
                                                                    (724) 799-8404 Telephone
                                                                    (724) 799-8409 Facsimile
                                                                    bthompson@thompsonattorney.com