## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-22705-CMB |
| | ) | |
| Gregory M. Chaklos, | ) | Chapter 13 |
| Kim L. Chaklos, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing Date and Time:** |
| | ) | **May 12, 2020 at 11:00 a.m.** |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent. | ) | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Gregory M. Chaklos and Kim L. Chaklos.

2. This is a second application for the period February 28, 2017 through April 17, 2020.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $10,189.99

5. Applicant requests additional:
   Compensation of $3,287.50
   Reimbursement of Expenses of $152.08

6. A telephonic hearing on the Application will be held before Judge Carlota M. Böhm on May 12, 2020 at 11:00 a.m. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court at a later date. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as direct by Judge Deller's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-tele.pdf at least 24 hours in advance.

7. Any written objections must be filed with the court and served on Applicant on or before May 4, 2020, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: April 17, 2020         /s/Brian C. Thompson
                              Brian C. Thompson, Esquire
                              PA ID No. 91197

THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com
