# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-22705-CMB |
| | ) | |
| Gregory M. Chaklos, | ) | Chapter 13 |
| Kim L. Chaklos, | ) | |
| | ) | |
|     Debtors. | ) | |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 115, 116 |
| | ) | |
|     Applicant, | ) | **Hearing Date and Time:** |
| | ) | **May 12, 2020 at 11:00 a.m.** |
| vs. | ) | |
| | ) | |
| | ) | |
|     No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## SECOND APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 17, 2020 at Document No. 115 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 116, Objections were to be filed and served no later than May 4, 2020.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 115 be entered by the Court.

Date: <u>May 5, 2020</u>　　　　　　　　　　　　　　s/ Brian C. Thompson
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Thompson, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 91197
　　　　　　　　　　　　　　　　　　　　　　　　THOMPSON LAW GROUP, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　125 Warrendale Bayne Road, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　Warrendale, PA 15086
　　　　　　　　　　　　　　　　　　　　　　　　(724) 799-8404 Telephone
　　　　　　　　　　　　　　　　　　　　　　　　(724) 799-8409 Facsimile
　　　　　　　　　　　　　　　　　　　　　　　　bthompson@thompsonattorney.com