## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 15-22705-CMB |
| ) | |
| Gregory M. Chaklos, ) | Chapter 13 |
| Kim L. Chaklos, ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| Thompson Law Group, P.C., ) | Related to Document No. 115 |
| ) | |
| Applicant, ) | **Hearing Date and Time:** |
| ) | **May 12, 2020 at 11:00 a.m.** |
| vs. ) | |
| ) | |
| ) | **ENTERED BY DEFAULT** |
| No Respondent. ) | |

## ORDER OF COURT

AND NOW, the **SECOND APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$3,439.58** for services rendered on behalf of the Debtors for the period between February 28, 2017 through April 17, 2020, which represents $3,287.50 in attorney fees and $152.08 in costs.

A prior Application for Compensation in the amount of $10,189.99 was approved by Order of Court dated March 22, 2017.

Date: May 6, 2020

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
5/6/20 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 15-22705-CMB
Gregory M. Chaklos                                                               Chapter 13
Kim L. Chaklos
     Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 1           Date Rcvd: May 06, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.
db/jdb         +Gregory M. Chaklos,    Kim L. Chaklos,   100 Floral Hill Drive,    Washington, PA 15301-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:
     Andrew F Gornall    on behalf of Creditor    Home Point Financial Corporation
     andygornall@latouflawfirm.com
     Brian C. Thompson    on behalf of Debtor Gregory M. Chaklos bthompson@ThompsonAttorney.com,
     blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
     Brian C. Thompson    on behalf of Joint Debtor Kim L. Chaklos bthompson@ThompsonAttorney.com,
     blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
     Daniel Brett Sullivan    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
     DanS@w-legal.com
     James Warmbrodt    on behalf of Creditor    Home Point Financial Corporation
     bkgroup@kmllawgroup.com
     Jennifer L. Cerce    on behalf of Creditor    Bethel Park School District jlc@mbm-law.net
     Matthew John McClelland    on behalf of Creditor    Home Point Financial Corporation
     bkgroup@kmllawgroup.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                      TOTAL: 9