| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Gregory M. Chaklos |
| Debtor 2 (Spouse, if filing) | Kim L. Chaklos |
| United States Bankruptcy Court for the : **WESTERN** District of **Pennsylvania** (State) | |
| Case number 15-22705-CMB | |

# Form 4100R
# Response to Notice of Final Cure    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

Name of creditor:  Home Point Financial Services            Court claim no. (if known): 22-2
Last 4 digits of any number you use to identify the debtor's account: 5407

Property address:    100 FLORAL HILL DR ,
                     Number        Street

                     WASHINGTON , PA 15301
                     City                    State       ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $_____

| Part 3: | Postpetition Mortgage |
|---|---|

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:    8/1/2020
                                                                  MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                (a) $_____
   b. Total fees, charges, expenses, escrow and costs outstanding:            + (b) $_____
   c. Total. Add lines a and b.                                               (c) $_____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became
   due on:
                                                    MM/ DD/ YYYY

Form 4100R            **Response to Notice of Final Cure Payment**            page 1

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x  /s/ Charles G. Wohlrab                     Date 08/10/2020
   Signature

Print   Charles G. Wohlrab                    Title Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid & Crane LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   10700 Abbott's Bridge Road, Suite 170
          Number          Street

          Duluth, GA 30097
          City            State            ZIP Code

Contact   470-321-7112                                      Email cwohlrab@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Gregory M. Chaklos
100 Floral Hill Drive
Washington, PA 15301

Kim L. Chaklos
100 Floral Hill Drive
Washington, PA 15301

And via electronic mail to:

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Jessica Norton
Email:jnorton@rascrane.com