**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gregory M. Chaklos
Kim L. Chaklos**
Debtor(s)

Bankruptcy Case No.: 15−22705−CMB
Related to Doc. No. 128
Chapter: 13
Docket No.: 129 − 128

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of August, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/28/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/13/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                  Case No. 15-22705-CMB
Gregory M. Chaklos                                                                      Chapter 13
Kim L. Chaklos
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-2           User: dric                   Page 1 of 2                   Date Rcvd: Aug 26, 2020
                               Form ID: 408                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db/jdb         +Gregory M. Chaklos,    Kim L. Chaklos,    100 Floral Hill Drive,    Washington, PA 15301-2931
cr             +Bethel Park School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    260 W. 36th Street, 8th Floor,
                 New York, NY 10018-7560
14083234       +Allegent Community Federal Credit Union,    1001 Liberty Avenue,    Suite 100,
                 Pittsburgh, PA 15222-3715
14131662        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14122885       +Claire C. Vatz, MA CCC, Inc.,    250 Mt. Lebanon Blvd. Suite 411,    Pittsburgh PA 15234-1249
14083240       +Home Point Financial,    PO box 77404,    Ewing, NJ 08628-6404
14154045       +Home Point Financial Corp,    Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
14083241       +Macy's/DSNB,    PO Box 8218,    Mason, OH 45040-8218
14083242       +Maverick Funding Corp,    1160 Parsippany Blvd,    Suite B,    Parsippany, NJ 07054-1811
14116057       +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14088326       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14083245       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14083246       +Tri Boro Federal Credit Union,    617 East McMurray Road,    Canonsburg, PA 15317-3497
14083247       +USAA Credit Card Payments,    10750 McDermott Freeway,    San Antonio, TX 78288-1600
14083248       +USAA Federal Savings Bank,    PO Box 33009,    San Antonio, TX 78265-3009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 27 2020 05:04:57
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14083233       +E-mail/Text: servicing@afcfirst.com Aug 27 2020 05:03:23      AFC First Financial Corp,
                 1005 Brookside Rd., PO Box 3558,    Allentown, PA 18106-0558
14128723       +E-mail/Text: BankruptcyNotices@aafes.com Aug 27 2020 05:00:55
                 Army & Air Force Exchange Services,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
14083235        E-mail/Text: BankruptcyNotices@aafes.com Aug 27 2020 05:00:55      Army Airforce Exchange,
                 3911 S Walton Walker Blvd,    Dallas, TX 75236
14083236       +E-mail/Text: bankruptcy@clearviewfcu.org Aug 27 2020 05:02:17
                 Clearview Federal Credit Union,    8805 University Blvd.,    Moon Twp, PA 15108-4212
14122886       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:20
                 Comenity Bank/Christopher & Banks,    PO Box 182118,    Columbus OH 43218-2118
14122887       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:20
                 Comenity Bank/New York & Company,    PO Box 182125,    Columbus OH 43218-2125
14122888       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:20      Comenity Bank/Roamans,
                 PO Box 182125,    Columbus OH 43218-2125
14122889       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:20      Comenity Bank/Value City,
                 PO Box 182125,    Columbus OH 43218-2125
14083237       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:04:34      GECRB/JC Penneys,    PO Box 965007,
                 Orlando, FL 32896-5007
14083238       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:30      GECRB/Lowes,    PO BOX 965005,
                 Orlando, FL 32896-5005
14083239        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:05:36      GECRB/Sam's Club,
                 P O Box 965005,    Orlando, FL 32896-5005
14914181        E-mail/Text: bankruptcy@homepointfinancial.com Aug 27 2020 05:00:39
                 Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234
14122890       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 27 2020 05:00:50      Kohl's,
                 PO Box 3084,    Milwaukee WI 53201-3084
14138778       +E-mail/Text: bankruptcy@sccompanies.com Aug 27 2020 05:03:54      Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14104368       +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 27 2020 05:03:51      NAVY FEDERAL CREDIT UNION,
                 P. O. BOX 3000,    MERRIFIELD, VA 22119-3000
14083243        E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 27 2020 05:03:51      Navy Federal Credit Union,
                 PO Box 3700,    Attn Cbr Disputes,    Merrifield, VA 22119-3700
14083244       +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 27 2020 05:03:51      Navy Federal Credit Union,
                 PO Box 3500,    Merrifield, VA 22119-3500
14145142       +E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2020 05:01:31
                 Quantum3 Group LLC as agent for,    Department Store National Bank,    PO Box 657,
                 Kirkland, WA 98083-0657
14089343        E-mail/PDF: rmscedi@recoverycorp.com Aug 27 2020 05:04:58
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14138777       +E-mail/Text: bankruptcy@sccompanies.com Aug 27 2020 05:03:54      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14146958       +E-mail/Text: mjoyce@triboro-fcu.org Aug 27 2020 05:03:44      Tri Boro Federal Credit Union,
                 600 East 8th Avenue,    Munhall, PA 15120-1900
14118739       +E-mail/Text: bncmail@w-legal.com Aug 27 2020 05:02:44      USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 23
```

```
District/off: 0315-2           User: dric               Page 2 of 2               Date Rcvd: Aug 26, 2020
                               Form ID: 408             Total Noticed: 39

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Home Point Financial Corporation
                                                                                      TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor   Home Point Financial Corporation
           andygornall@latouflawfirm.com
          Brian C. Thompson    on behalf of Debtor Gregory M. Chaklos bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          Brian C. Thompson    on behalf of Joint Debtor Kim L. Chaklos bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          Charles Griffin Wohlrab    on behalf of Creditor   Home Point Financial Corporation
           cwohlrab@rascrane.com
          Daniel Brett Sullivan    on behalf of Creditor   USAA Federal Savings Bank BNCmail@w-legal.com,
           DanS@w-legal.com
          James Warmbrodt    on behalf of Creditor   Home Point Financial Corporation
           bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor   Bethel Park School District jlc@mbm-law.net
          Matthew John McClelland    on behalf of Creditor   Home Point Financial Corporation
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi  Mncina    on behalf of Creditor   Home Point Financial Corporation smncina@rascrane.com
                                                                                             TOTAL: 11
```