**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GREGORY M. CHAKLOS<br>KIM L. CHAKLOS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:15-22705<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| August 25, 2020 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/28/2015 and confirmed on 11/16/15. The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 200,278.87 |
| Less Refunds to Debtor | 2,768.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 197,510.37 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 13,129.57 | |
|    Trustee Fee | 8,791.98 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 21,921.55 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HOME POINT FINANCIAL CORP(*) | 0.00 | 103,375.83 | 0.00 | 103,375.83 |
|     Acct: 5407 | | | | |
|   CENLAR FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5407 | | | | |
|   HOME POINT FINANCIAL CORP(*) | 122.86 | 122.86 | 0.00 | 122.86 |
|     Acct: 5407 | | | | |
|   ALLEGENT COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7615 | | | | |
|   CLEARVIEW FCU** | 17,478.68 | 17,478.68 | 1,819.21 | 19,297.89 |
|     Acct: 9588 | | | | |
|   CLEARVIEW FCU** | 10,889.44 | 10,889.44 | 1,133.41 | 12,022.85 |
|     Acct: 9588 | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9588 | | | | |
|   CLEARVIEW FCU** | 5,218.28 | 5,218.28 | 543.21 | 5,761.49 |
|     Acct: 9588 | | | | |
| | | | | 140,580.92 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREGORY M. CHAKLOS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREGORY M. CHAKLOS | 2,768.50 | 2,768.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 6,189.99 | 6,189.99 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-17 | | | | |
|   THOMPSON LAW GROUP PC | 3,439.58 | 3,439.58 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-20 | | | | |
|   HOME POINT FINANCIAL CORP(*) | 1,664.43 | 1,664.43 | 0.00 | 1,664.43 |
|     Acct: 5407 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-CMB | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 1,974.43 |
| Unsecured | | | | |
| MIDLAND FUNDING LLC | 2,965.32 | 969.64 | 0.00 | 969.64 |
| Acct: 3175 | | | | |
| AEP OHIO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: CY18 | | | | |
| AFC FIRST FINANCIAL CORP | 4,328.10 | 1,415.26 | 0.00 | 1,415.26 |
| Acct: 6565 | | | | |
| ALLEGENT COMMUNITY FCU | 5,676.61 | 1,856.21 | 0.00 | 1,856.21 |
| Acct: 7612 | | | | |
| ARMY & AIR FORCE EXCHANGE SVCS | 6,932.83 | 2,266.99 | 0.00 | 2,266.99 |
| Acct: 2470 | | | | |
| COLUMBIA GAS OF OHIO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8603 | | | | |
| MIDLAND FUNDING LLC | 4,775.87 | 1,561.68 | 0.00 | 1,561.68 |
| Acct: 7724 | | | | |
| MIDLAND FUNDING LLC | 1,760.20 | 575.58 | 0.00 | 575.58 |
| Acct: 6017 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,851.77 | 605.52 | 0.00 | 605.52 |
| Acct: 4210 | | | | |
| NAVY FEDERAL CREDIT UNION* | 3,806.37 | 1,244.65 | 0.00 | 1,244.65 |
| Acct: 8805 | | | | |
| NAVY FEDERAL CREDIT UNION* | 25,605.44 | 8,372.79 | 0.00 | 8,372.79 |
| Acct: 8339 | | | | |
| PNC BANK NA | 2,473.47 | 808.80 | 0.00 | 808.80 |
| Acct: 6099 | | | | |
| TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| TRI BORO FEDERAL CREDIT UNION* | 4,634.81 | 1,515.55 | 0.00 | 1,515.55 |
| Acct: 6565 | | | | |
| USAA FSB | 8,012.40 | 2,619.99 | 0.00 | 2,619.99 |
| Acct: 2864 | | | | |
| USAA FSB | 22,061.41 | 7,213.92 | 0.00 | 7,213.92 |
| Acct: 6132 | | | | |
| CAPITAL ONE NA** | 3,081.65 | 1,007.68 | 0.00 | 1,007.68 |
| Acct: 1309 | | | | |
| SEVENTH AVENUE | 1,417.48 | 463.51 | 0.00 | 463.51 |
| Acct: 5570 | | | | |
| MIDNIGHT VELVET | 1,638.26 | 535.70 | 0.00 | 535.70 |
| Acct: 5550 | | | | |
| CLAIRE S VATZ MA CCC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6565 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX8580 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX-769 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX-303 | | | | |
| VALUE CITY/WORLD FNCL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXX7018 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 33,033.47 |

TOTAL PAID TO CREDITORS                                                                          175,588.82

```
TOTAL CLAIMED
PRIORITY           1,974.43
SECURED           33,709.26
UNSECURED        101,021.99
```

Date: 08/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    GREGORY M. CHAKLOS
    KIM L. CHAKLOS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-22705

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 15-22705-CMB
Gregory M. Chaklos                                               Chapter 13
Kim L. Chaklos
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                  Page 1 of 2                  Date Rcvd: Aug 26, 2020
                              Form ID: pdf900             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db/jdb         +Gregory M. Chaklos,    Kim L. Chaklos,    100 Floral Hill Drive,    Washington, PA 15301-2931
cr             +Bethel Park School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
cr             +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    260 W. 36th Street, 8th Floor,
                 New York, NY 10018-7560
14083234       +Allegent Community Federal Credit Union,    1001 Liberty Avenue,    Suite 100,
                 Pittsburgh, PA 15222-3715
14131662        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14122885       +Claire C. Vatz, MA CCC, Inc.,    250 Mt. Lebanon Blvd. Suite 411,    Pittsburgh PA 15234-1249
14083240       +Home Point Financial,    PO box 77404,   Ewing, NJ 08628-6404
14154045       +Home Point Financial Corp,    Cenlar FSB,   425 Phillips Boulevard,    Ewing, NJ 08618-1430
14083241       +Macy’s/DSNB,    PO Box 8218,   Mason, OH 45040-8218
14083242       +Maverick Funding Corp,    1160 Parsippany Blvd,    Suite B,    Parsippany, NJ 07054-1811
14116057       +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14088326       +PNC BANK, N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
14083245       +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14083246       +Tri Boro Federal Credit Union,    617 East McMurray Road,    Canonsburg, PA 15317-3497
14083247       +USAA Credit Card Payments,    10750 McDermott Freeway,    San Antonio, TX 78288-1600
14083248       +USAA Federal Savings Bank,    PO Box 33009,    San Antonio, TX 78265-3009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 27 2020 05:05:54
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14083233       +E-mail/Text: servicing@afcfirst.com Aug 27 2020 05:03:23      AFC First Financial Corp,
                 1005 Brookside Rd., PO Box 3558,    Allentown, PA 18106-0558
14128723       +E-mail/Text: BankruptcyNotices@aafes.com Aug 27 2020 05:00:55
                 Army & Air Force Exchange Services,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
14083235        E-mail/Text: BankruptcyNotices@aafes.com Aug 27 2020 05:00:55      Army Airforce Exchange,
                 3911 S Walton Walker Blvd,    Dallas, TX 75236
14083236       +E-mail/Text: bankruptcy@clearviewfcu.org Aug 27 2020 05:02:17
                 Clearview Federal Credit Union,    8805 University Blvd.,    Moon Twp, PA 15108-4212
14122886       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:08
                 Comenity Bank/Christopher & Banks,    PO Box 182118,   Columbus OH 43218-2118
14122887       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:09
                 Comenity Bank/New York & Company,    PO Box 182125,   Columbus OH 43218-2125
14122888       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:09      Comenity Bank/Roamans,
                 PO Box 182125,    Columbus OH 43218-2125
14122889       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:09      Comenity Bank/Value City,
                 PO Box 182125,    Columbus OH 43218-2125
14083237       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:19      GECRB/JC Penneys,    PO Box 965007,
                 Orlando, FL 32896-5007
14083238       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:18      GECRB/Lowes,   PO BOX 965005,
                 Orlando, FL 32896-5005
14083239        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:04:19      GECRB/Sam’s Club,
                 P O Box 965005,    Orlando, FL 32896-5005
14914181        E-mail/Text: bankruptcy@homepointfinancial.com Aug 27 2020 05:00:39
                 Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234
14122890       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 27 2020 05:00:40      Kohl’s,
                 PO Box 3084,    Milwaukee WI 53201-3084
14138778       +E-mail/Text: bankruptcy@sccompanies.com Aug 27 2020 05:03:54      Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14104368       +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 27 2020 05:03:50      NAVY FEDERAL CREDIT UNION,
                 P. O. BOX 3000,    MERRIFIELD, VA 22119-3000
14083243        E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 27 2020 05:03:51      Navy Federal Credit Union,
                 PO Box 3700,    Attn Cbr Disputes,    Merrifield, VA 22119-3700
14083244       +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 27 2020 05:03:50      Navy Federal Credit Union,
                 PO Box 3500,    Merrifield, VA 22119-3500
14145142       +E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2020 05:01:22
                 Quantum3 Group LLC as agent for,    Department Store National Bank,    PO Box 657,
                 Kirkland, WA 98083-0657
14089343        E-mail/PDF: rmscedi@recoverycorp.com Aug 27 2020 05:05:55
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14138777       +E-mail/Text: bankruptcy@sccompanies.com Aug 27 2020 05:03:54      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14146958       +E-mail/Text: mjoyce@triboro-fcu.org Aug 27 2020 05:03:44      Tri Boro Federal Credit Union,
                 600 East 8th Avenue,    Munhall, PA 15120-1900
14118739       +E-mail/Text: bncmail@w-legal.com Aug 27 2020 05:02:44      USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 23
```

```
District/off: 0315-2          User: dric                  Page 2 of 2                   Date Rcvd: Aug 26, 2020
                              Form ID: pdf900             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Home Point Financial Corporation
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Home Point Financial Corporation
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Debtor Gregory M. Chaklos bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Kim L. Chaklos bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Charles Griffin Wohlrab    on behalf of Creditor   Home Point Financial Corporation
               cwohlrab@rascrane.com
              Daniel Brett Sullivan    on behalf of Creditor   USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              James Warmbrodt    on behalf of Creditor   Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor   Bethel Park School District jlc@mbm-law.net
              Matthew John McClelland    on behalf of Creditor   Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor   Home Point Financial Corporation smncina@rascrane.com
                                                                                                 TOTAL: 11
```