**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                              CASE NO.: 15-22705-CMB
                                                                               CHAPTER 13

Gregory M. Chaklos,
And
Kim L. Chaklos
Debtors.
_____/

**SECURED CREDITOR'S RESPONSE TO MOTION FOR DETERMINATION OF FINAL CURE**

Home Point Financial Services ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Motion for Determination of Final Cure [Docket No. 126] and in support thereof represents:

1. On July 28, 2015 Gregory M. Chaklos and Kim L. Chaklos ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds an interest in Debtor's real property located at 100 Floral Hill Dr. Washington, Pennsylvania 15301.

3. Secured Creditor has reviewed the Chapter 13 Trustee's ledger as well as the internal ledger.

4. Secured Creditor has identified numerous transactions within the Chapter 13 Trustee's ledger that are not contained in Secured Creditor's internal records.

5. Secured Creditor is in the process of researching the specific disparate items between the two ledgers; but requires additional time to complete this review.

Dated: September 9, 2020                  Respectfully submitted,

                                                          ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                                          Attorney for Secured Creditor
                                                          6409 Congress Ave., Suite 100
                                                          Boca Raton, FL 33487
                                                          Telephone: 561-241-6901
                                                          Facsimile: 561-241-1969
                                                          By: /s/ Charles G. Wohlrab
                                                          Charles G. Wohlrab, Esquire
                                                          PA Bar Number 314532
                                                          Email: cwohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 9, 2020 I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Gregory M. Chaklos
100 Floral Hill Drive
Washington, PA 15301

Kim L. Chaklos
100 Floral Hill Drive
Washington, PA 15301

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                    Attorney for Secured Creditor
                    6409 Congress Ave., Suite 100
                    Boca Raton, FL 33487
                    Telephone: 561-241-6901
                    Facsimile: 561-241-1969
                    By: /s/ Charles G. Wohlrab
                    Charles G. Wohlrab, Esquire
                    PA Bar Number 314532
                    Email: cwohlrab@rascrane.com