# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

IN RE:                                                CASE NO.: 15-22705-CMB
                                                         CHAPTER 13

Gregory M. Chaklos,
And
Kim L. Chaklos
Debtors.
_____/

## SECURED CREDITOR'S AMENDED RESPONSE TO MOTION FOR DETERMINATION OF FINAL CURE

Home Point Financial Services ("Secured Creditor"), by and through its undersigned attorney, hereby amends its Response to Motion for Determination of Final Cure [Docket No. 132] and in support thereof represents:

1. On July 28, 2015 Gregory M. Chaklos and Kim L. Chaklos ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds an interest in Debtor's real property located at 100 Floral Hill Dr. Washington, Pennsylvania 15301.

3. According to Secured Creditor's records, the Debtors are due for their October 1, 2020 post-petition payment.

4. Secured Creditor reserves the right to supplement its Response any time before or at the hearing.

Dated: September 10, 2020                  Respectfully submitted,

                                                             ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                                             Attorney for Secured Creditor
                                                            6409 Congress Ave., Suite 100
                                                            Boca Raton, FL 33487
                                                            Telephone: 561-241-6901
                                                            Facsimile: 561-241-1969
                                                            By: /s/ Charles G. Wohlrab
                                                            Charles G. Wohlrab, Esquire
                                                            PA Bar Number 314532
                                                            Email: cwohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 10, 2020 I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Gregory M. Chaklos
100 Floral Hill Drive
Washington, PA 15301

Kim L. Chaklos
100 Floral Hill Drive
Washington, PA 15301

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-241-1969
    By: /s/ Charles G. Wohlrab
    Charles G. Wohlrab, Esquire
    PA Bar Number 314532
    Email: cwohlrab@rascrane.com