IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 15-22705-CMB |
| GREGORY M. CHAKLOS, | Chapter 13 |
| KIM L. CHAKLOS, | |
| Debtor(s). | Related to Doc. 126 and 133 |
| RONDA J. WINNECOUR, CHAPTER 13 STANDING TRUSTEE, | |
| Movant(s), | |
| vs. | |
| HOME POINT FINANCIAL SERVICES, | |
| Respondent(s). | |

## CONSENT ORDER OF COURT RESOLVING NOTICE OF FINAL CURE

AND NOW, this _____ day of _____, 20____, upon consideration of Trustee's Notice of Final Cure (Doc 124), Respondent's response (Doc 125), Motion to Determine Final Cure (Doc 126), Respondent's Amended Response (Doc 133), and the consent of the parties, it is

ORDERED, that the Court hereby determines that the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through September 2020 as to the Respondent's mortgage and that the mortgage is current through the end of September 2020, it is

ORDERED, that Respondent is prohibited from adding any fees or other charges to the debtors' account in connection with the filing of its Response, or for attending any hearing in this matter, and it is further

ORDERED, that the in light of Respondent's Amended Response to Notice of Final Cure Payment at Docket 133, and this Consent Order the hearing presently scheduled for 10/28/2020 at 11:00 AM, on the Motion is canceled as moot.

                                                           U.S. Bankruptcy Judge

Consented to:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number 314532
Email: cwohlrab@rascrane.com

By: /s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566, x3124
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee