IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Gregory M. Chaklos, and Kim L. Chaklos, | : | Bankruptcy Case No.: 15-22705-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| Gregory M. Chaklos, and Kim L. Chaklos, | : | Document No.: |
| | : | Related to Document No.: |
| Movants, | : | |
| v. | : | |
| No Respondents, | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On __September 4, 2015__ at docket numbers __20__ and __21__, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Debtors. Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: September 10, 2020        /s/ Gregory M. Chaklos
                                 Gregory M. Chaklos, Debtor

Dated: September 10, 2020        /s/ Kim L. Chaklos
                                 Kim L. Chaklos, Debtor

                                 Respectfully submitted,

Dated: September 10, 2020        /s/Brian C. Thompson
                                 Brian C. Thompson, Esquire
                                 PA ID: 91197

Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
bthompson@thompsonattorney.com