| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Gregory M. Chaklos** | Social Security number or ITIN  xxx–xx–6565 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kim L. Chaklos** | Social Security number or ITIN  xxx–xx–7852 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–22705–CMB** | |

# Order of Discharge                                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gregory M. Chaklos                                                        Kim L. Chaklos

10/16/20                                                                            **By the court:**    <u>Carlota M. Bohm</u>
                                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gregory M. Chaklos  
Kim L. Chaklos  
    Debtor(s)

Case No. 15-22705-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 3  
Date Rcvd: Oct 16, 2020      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory M. Chaklos, Kim L. Chaklos, 100 Floral Hill Drive, Washington, PA 15301-2931 |
| cr | + | Bethel Park School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 260 W. 36th Street, 8th Floor, New York, NY 10018-7560 |
| 14083234 | + | Allegent Community Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3715 |
| 14122885 | + | Claire C. Vatz, MA CCC, Inc., 250 Mt. Lebanon Blvd. Suite 411, Pittsburgh PA 15234-1249 |
| 14083240 | + | Home Point Financial, PO box 77404, Ewing, NJ 08628-6404 |
| 14154045 | + | Home Point Financial Corp, Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14083242 | + | Maverick Funding Corp, 1160 Parsippany Blvd, Suite B, Parsippany, NJ 07054-1811 |
| 14088326 | + | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101-4982 |
| 14083245 | + | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14083246 | + | Tri Boro Federal Credit Union, 617 East McMurray Road, Canonsburg, PA 15317-3497 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2020 01:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2020 01:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: RECOVERYCORP.COM | Oct 17 2020 04:23:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14083233 | + | Email/Text: servicing@afcfirst.com | Oct 17 2020 01:02:00 | AFC First Financial Corp, 1005 Brookside Rd., PO Box 3558, Allentown, PA 18106-0558 |
| 14128723 | + | EDI: CBSAAFES.COM | Oct 17 2020 04:23:00 | Army & Air Force Exchange Services, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 14131662 | | EDI: BL-BECKET.COM | Oct 17 2020 04:23:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14083235 | | EDI: CBSAAFES.COM | Oct 17 2020 04:23:00 | Army Airforce Exchange, 3911 S Walton Walker Blvd, Dallas, TX 75236 |
| 14083236 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 17 2020 01:01:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Twp, PA 15108-4212 |
| 14122886 | + | EDI: WFNNB.COM | Oct 17 2020 04:23:00 | Comenity Bank/Christopher & Banks, PO Box 182118, Columbus OH 43218-2118 |
| 14122887 | + | EDI: WFNNB.COM | Oct 17 2020 04:23:00 | Comenity Bank/New York & Company, PO Box 182125, Columbus OH 43218-2125 |
| 14122888 | + | EDI: WFNNB.COM | | |

Case 15-22705-CMB    Doc 142    Filed 10/18/20    Entered 10/19/20 01:11:47    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 17 2020 04:23:00 | Comenity Bank/Roamans, PO Box 182125, Columbus OH 43218-2125 |
| 14122889 | + | EDI: WFNNB.COM | Oct 17 2020 04:23:00 | Comenity Bank/Value City, PO Box 182125, Columbus OH 43218-2125 |
| 14083241 | | EDI: CITICORP.COM | Oct 17 2020 04:23:00 | Macy's/DSNB, PO Box 8218, Mason, OH 45040 |
| 14083237 | + | EDI: RMSC.COM | Oct 17 2020 04:23:00 | GECRB/JC Penneys, PO Box 965007, Orlando, FL 32896-5007 |
| 14083238 | + | EDI: RMSC.COM | Oct 17 2020 04:23:00 | GECRB/Lowes, PO BOX 965005, Orlando, FL 32896-5005 |
| 14083239 | | EDI: RMSC.COM | Oct 17 2020 04:23:00 | GECRB/Sam's Club, P O Box 965005, Orlando, FL 32896-5005 |
| 14914181 | | Email/Text: bankruptcy@homepointfinancial.com | Oct 17 2020 01:01:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 14122890 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 17 2020 01:01:00 | Kohl's, PO Box 3084, Milwaukee WI 53201-3084 |
| 14116057 | + | EDI: MID8.COM | Oct 17 2020 04:23:00 | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14138778 | + | EDI: CBS7AVE | Oct 17 2020 04:23:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14104368 | + | EDI: NFCU.COM | Oct 17 2020 04:23:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14083243 | | EDI: NFCU.COM | Oct 17 2020 04:23:00 | Navy Federal Credit Union, PO Box 3700, Attn Cbr Disputes, Merrifield, VA 22119-3700 |
| 14083244 | + | EDI: NFCU.COM | Oct 17 2020 04:23:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 14145142 | + | EDI: Q3G.COM | Oct 17 2020 04:23:00 | Quantum3 Group LLC as agent for, Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14089343 | | EDI: RECOVERYCORP.COM | Oct 17 2020 04:23:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14138777 | + | EDI: CBS7AVE | Oct 17 2020 04:23:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14146958 | + | Email/Text: mjoyce@triboro-fcu.org | Oct 17 2020 01:03:00 | Tri Boro Federal Credit Union, 600 East 8th Avenue, Munhall, PA 15120-1900 |
| 14083247 | + | EDI: USAA.COM | Oct 17 2020 04:23:00 | USAA Credit Card Payments, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 14118739 | + | Email/Text: bncmail@w-legal.com | Oct 17 2020 01:01:00 | USAA FEDERAL SAVINGS BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14083248 | + | EDI: USAA.COM | Oct 17 2020 04:23:00 | USAA Federal Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Home Point Financial Corporation |
| jdb | *+ | Kim L. Chaklos, 100 Floral Hill Drive, Washington, PA 15301-2931 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 15-22705-CMB    Doc 142    Filed 10/18/20    Entered 10/19/20 01:11:47    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 3 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: 3180W | Total Noticed: 41 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Home Point Financial Corporation andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Home Point Financial Corporation bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Gregory M. Chaklos bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Brian C. Thompson | on behalf of Joint Debtor Kim L. Chaklos bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@rascrane.com |
| Daniel Brett Sullivan | on behalf of Creditor USAA Federal Savings Bank BNCmail@w-legal.com  DanS@w-legal.com |
| Jennifer L. Cerce | on behalf of Creditor Bethel Park School District jlc@mbm-law.net |
| Matthew John McClelland | on behalf of Creditor Home Point Financial Corporation bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@rascrane.com |

TOTAL: 11