**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    GREGORY M. CHAKLOS
    KIM L. CHAKLOS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-22705

Chapter 13

Document No.: 128

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __15th__ day of __October__, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
10/15/20 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22705-CMB |
| Gregory M. Chaklos | Chapter 13 |
| Kim L. Chaklos | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory M. Chaklos, Kim L. Chaklos, 100 Floral Hill Drive, Washington, PA 15301-2931 |
| cr | + | Bethel Park School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 260 W. 36th Street, 8th Floor, New York, NY 10018-7560 |
| 14083234 | + | Allegent Community Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3715 |
| 14131662 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14122885 | + | Claire C. Vatz, MA CCC, Inc., 250 Mt. Lebanon Blvd. Suite 411, Pittsburgh PA 15234-1249 |
| 14083241 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's/DSNB, PO Box 8218, Mason, OH 45040 |
| 14083240 | + | Home Point Financial, PO box 77404, Ewing, NJ 08628-6404 |
| 14154045 | + | Home Point Financial Corp, Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14083242 | + | Maverick Funding Corp, 1160 Parsippany Blvd, Suite B, Parsippany, NJ 07054-1811 |
| 14088326 | + | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101-4982 |
| 14083245 | + | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14083246 | + | Tri Boro Federal Credit Union, 617 East McMurray Road, Canonsburg, PA 15317-3497 |
| 14083247 | + | USAA Credit Card Payments, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 14083248 | + | USAA Federal Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 17 2020 02:04:14 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14083233 | + | Email/Text: servicing@afcfirst.com | Oct 17 2020 01:02:00 | AFC First Financial Corp, 1005 Brookside Rd., PO Box 3558, Allentown, PA 18106-0558 |
| 14128723 | + | Email/Text: BankruptcyNotices@aafes.com | Oct 17 2020 01:01:00 | Army & Air Force Exchange Services, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 14083235 | | Email/Text: BankruptcyNotices@aafes.com | Oct 17 2020 01:01:00 | Army Airforce Exchange, 3911 S Walton Walker Blvd, Dallas, TX 75236 |
| 14083236 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 17 2020 01:01:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Twp, PA 15108-4212 |
| 14122886 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2020 01:01:00 | Comenity Bank/Christopher & Banks, PO Box 182118, Columbus OH 43218-2118 |
| 14122887 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2020 01:01:00 | Comenity Bank/New York & Company, PO Box 182125, Columbus OH 43218-2125 |
| 14122888 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2020 01:01:00 | Comenity Bank/Roamans, PO Box 182125, Columbus OH 43218-2125 |
| 14122889 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2020 01:01:00 | Comenity Bank/Value City, PO Box 182125, |

Case 15-22705-CMB    Doc 143    Filed 10/18/20    Entered 10/19/20 01:11:47    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus OH 43218-2125 |
| 14083237 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:04:13 | GECRB/JC Penneys, PO Box 965007, Orlando, FL 32896-5007 |
| 14083238 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:04:13 | GECRB/Lowes, PO BOX 965005, Orlando, FL 32896-5005 |
| 14083239 | | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:00:38 | GECRB/Sam's Club, P O Box 965005, Orlando, FL 32896-5005 |
| 14914181 | | Email/Text: bankruptcy@homepointfinancial.com | Oct 17 2020 01:01:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 14122890 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 17 2020 01:01:00 | Kohl's, PO Box 3084, Milwaukee WI 53201-3084 |
| 14116057 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2020 01:01:00 | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14138778 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2020 01:03:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14104368 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 17 2020 01:03:43 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14083243 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 17 2020 01:03:55 | Navy Federal Credit Union, PO Box 3700, Attn Cbr Disputes, Merrifield, VA 22119-3700 |
| 14083244 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 17 2020 01:03:55 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 14145142 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2020 01:01:00 | Quantum3 Group LLC as agent for, Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14089343 | | Email/PDF: rmscedi@recoverycorp.com | Oct 17 2020 02:02:26 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14138777 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2020 01:03:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14146958 | + | Email/Text: mjoyce@triboro-fcu.org | Oct 17 2020 01:03:00 | Tri Boro Federal Credit Union, 600 East 8th Avenue, Munhall, PA 15120-1900 |
| 14118739 | + | Email/Text: bncmail@w-legal.com | Oct 17 2020 01:01:00 | USAA FEDERAL SAVINGS BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Home Point Financial Corporation |
| jdb | *+ | Kim L. Chaklos, 100 Floral Hill Drive, Washington, PA 15301-2931 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 15-22705-CMB  Doc 143  Filed 10/18/20  Entered 10/19/20 01:11:47  Desc
Imaged Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: nsha | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf900 | Total Noticed: 39 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2020              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

**Name**  **Email Address**

Andrew F Gornall
   on behalf of Creditor Home Point Financial Corporation andygornall@latouflawfirm.com

Brian Nicholas
   on behalf of Creditor Home Point Financial Corporation bnicholas@kmllawgroup.com

Brian C. Thompson
   on behalf of Debtor Gregory M. Chaklos bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Brian C. Thompson
   on behalf of Joint Debtor Kim L. Chaklos bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Charles Griffin Wohlrab
   on behalf of Creditor Home Point Financial Corporation cwohlrab@rascrane.com

Daniel Brett Sullivan
   on behalf of Creditor USAA Federal Savings Bank BNCmail@w-legal.com DanS@w-legal.com

Jennifer L. Cerce
   on behalf of Creditor Bethel Park School District jlc@mbm-law.net

Matthew John McClelland
   on behalf of Creditor Home Point Financial Corporation bkgroup@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Sindi Mncina
   on behalf of Creditor Home Point Financial Corporation smncina@rascrane.com

TOTAL: 11